AMERICAN LINEN SUPPLY COMPANY, Respondent, v M.W.S. ENTERPRISES, INC., Appellant. (Appeal No. 2.) [775 NYS2d 617]— Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered May 14, 2003. The order denied defendant's motion for leave to renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.